IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD GOZY,

        Petitioner,               No. CIV S-08-1368 GGH P

    vs.

D.K. SISTO, et al.,

        Respondents.       ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the 2006 decision by the Governor reversing the decision by the California Board of Parole Hearings (BPH) finding him suitable for parole.

        On May 16, 2008, the Ninth Circuit granted rehearing en banc in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008).  On August 6, 2008, respondent filed a request to stay this action pending the Ninth Circuit's decision in <u>Hayward</u>.

////

////

////

////

1   Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2  this order, petitioner shall show cause why this action should not be administratively stayed
3  pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), *reh'g*
4  *en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).
5  DATED: 09/09/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

gozy.osc